### *MULHOLLAN* vs. *M'CRUMMEN.*

APPEAL from the court of the sixth district.

MARTIN, J. delivered the opinion of the court. The plaintiff and appellee has brought

If the appellant neglect to bring up the record, and the judgment be affirmed damages will be given.

West'n District
Sept. 1823.

MULHOLLAN
*vs.*
M'CRUMMEN.

up the record, the defendant and appellant having neglected doing so. It appears there is no statement of facts, &c. so that we cannot inquire into the merits of the case—no error is assigned. We conclude the appellant had nothing in view but delay.

It is therefore ordered, adjudged and decreed, that the judgment be affirmed; and that the plaintiff recover 10 per cent. damages, on the judgment, with costs in both courts.

*Oakley* for the plaintiff, *Scott* for the defendant.